1034

No. 82–486. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 610, AFL–CIO, ET AL. *v.* SCOTT ET AL. C. A. 5th Cir. Certiorari granted. ■

No. 81–2386. DELCOSTELLO *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. C. A. 4th Cir.; and

No. 81–2408. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. *v.* FLOWERS ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 81–2386, 679 F. 2d 879; No. 81–2408, 671 F. 2d 87.

No. 82–524. BALTIMORE GAS & ELECTRIC CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC.;

No. 82–545. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 82–551. COMMONWEALTH EDISON CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. D. C. Cir. Motion of Scientists & Engineers for Secure Energy, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE POWELL took no part in the consideration or decision of this motion and these petitions. Reported below: 222 U. S. App. D. C. 9, 685 F. 2d 459.

No. 82–5119. BELL *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. ■

No. 81–2381. TODD SHIPYARDS CORP. ET AL. *v.* ALLAN ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 81–2390. RUTSTEIN *v.* UNITED STATES. Ct. Cl. Certiorari denied. ■